**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**HENRY G. HOBBS, JR.**
**ACTING UNITED STATES TRUSTEE**
**ALICIA MCCULLAR**
**TRIAL ATTORNEY**
**515 RUSK, SUITE 3516**
**HOUSTON, TX 77002**
**Telephone: (713) 718-4650**
**Fax: (713) 718-4680**
**E-Mail: alicia.mccullar@usdoj.gov**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| **MURPHY SHIPPING &** | § | **CASE NO. 20-34049** |
| **COMMERCIAL SERVICES, INC.,** | § | |
| | § | |
| | § | **CHAPTER 11** |
| DEBTOR. | § | |

### NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

**DREW MCMANIGLE**
**700 MILAM, SUITE 1300**
**HOUSTON, TX 77002**
Email: drew@maccorestructuringgroup.com     PH: 410-350-1839

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Dated: August 13, 2020                HENRY G. HOBBS, JR.
                                      Acting United States Trustee Region 7
                                      Southern and Western Districts of Texas

                                      By:    */s/ Alicia McCullar*
                                             Alicia McCullar
                                             Trial Attorney
                                             TX State Bar No. 24106276
                                             515 Rusk, Suite 3516
                                             Houston, Texas 77002
                                             Telephone: (713) 718-4650
                                             Fax: (713) 718-4680
                                             alicia.mccullar@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE,** was served upon the parties on the attached list by United States Mail, first class, postage prepaid, and/or by electronic means for all Pacer system participants on August 13, 2020.

By: */s/ Alicia McCullar*
Alicia McCullar
Trial Attorney
TX State Bar No. 24106276
515 Rusk, Suite 3516
Houston, Texas 77002
Telephone: (713) 718-4650
Fax: (713) 718-4680
alicia.mccullar@usdoj.gov

**By Mail to Debtor:**

**Murphy Shipping & Commercial Services, Inc.**
2001 Timberloch Pl
Suite 500
The Woodlands, TX 77380

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| MURPHY SHIPPING & | § | CASE NO. 20-34049 |
| COMMERCIAL SERVICES, INC., | § | |
| | § | |
| DEBTOR. | § | CHAPTER 11 |
| | § | |

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at a hourly rate of $350.00, in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: August 13, 2020

/s/ Drew McManigle

1