Kevin S. Wiley, Sr.
State Bar No. 21470700
**The Wiley Law Group, PLLC**
325 N. St. Paul Street, Suite 2250
Dallas, Texas 75201
T: (214) 537-9572
F: (972) 498-1117
PROPOSED COUNSEL FOR DEBTOR,
MURPHY GLOBAL LOGISTICS

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **MURPHY SHIPPING & COMMERICAL** | § | CASE NO. 20-34049 |
| **SERVICES, INC., DBA** | § | CHAPTER 11 |
| **MURHY GLOBAL LOGISITICS** | § | |
| | § | JUDGE EDUARDO V. RODRIGUEZ |
| Debtor. | § | |

| | |
|---|---|
| STATE OF TEXAS | § |
| | § ss: |
| COUNTY OF DALLAS | § |

I, Kevin S. Wiley, Sr., being duly sworn, depose and say:

1. I am over 18 years of age and am competent to testify to the matters set forth herein.

2. I am a member of The Wiley Law Group, PLLC, which maintains offices at 325 North St. Paul Street, Suite 2250, Dallas, Texas 75201. I submit this affidavit on behalf of the Wiley Law Group in support of that certain Application pursuant to Federal Rule of Bankruptcy Procedure 2014(a) for Order Under 11 U.S.C. § 327(a) Authorizing the Employment and Retention of The Wiley Law Group, PLLC as Counsel for Murphy Shipping & Commercial Services, Inc., d/b/a Murphy Global Logistics, (the "Application") a debtor and debtor-in-possession in the above-referenced cause.

---
AFFIDAVIT IN SUPPORT OF
APPLICATION FOR EMPLOYMENT OF COUNSEL FOR DEBTOR - Page 6

### **KEVIN S. WILEY, SR.'S QUALIFICATIONS**

3. I maintain the Wiley Law Group, PLLC for the practice of law in Dallas, Texas, and have experience appearing before the Courts in this District. In addition, I, as a member of the Wiley Law Group, PLLC, have substantial experience representing business and consumer debtors and have familiarity with the issues and complexities of Chapter 11 cases, Subchapter V, such as the above- captioned case. Given the nature of this case, I believe the Wiley Law Group, PLLC has the resources and experience necessary to co-represent the Debtor in this case.

### **DISINTERESTEDNESS**

4. To the best of my knowledge and information after due inquiry, the Wiley Law Group, PLLC has no connection with the Debtor, its creditors, any other party-in-interest herein or their respective attorneys or professionals, and does not hold or represent any entity having an adverse interest in connection with this case, except as disclosed herein. For so long as the Wiley Law Group, PLLC represents the Debtor, and absent further order of this Court, the Wiley Law Group, PLLC will not represent any entity other than the Debtor in connection with this case.

5. As more fully described hereinafter, the Wiley Law Group, PLLC maintains records regarding its past and present clients and, where practical, the known affiliates of those clients. In connection with preparing this Affidavit, I checked those records for all of the following information: (a) the Debtor; (b) the Debtor's known creditors; (c) the Debtor's known officers and directors, if any; (d) the Debtor's other professionals in this case, if any; and (e) other significant parties in the case (collectively, the "Potentially Interested Parties"). The Wiley Firm compared the names of the Potentially Interested

Parties against the client records. None of the Potentially Interested Parties are current or former clients of the Wiley Firm.

6. Based on the foregoing and except as set forth herein, neither I, nor the Wiley Law Group, PLLC, insofar as I have been able to ascertain based on the information currently available to me, represents any interest adverse to the Debtor in the matters upon which the Wiley Law Group, PLLC is to be engaged. To the best of my knowledge, information, and belief, the Wiley Law Group, PLLC is a "disinterested person" as that term is defined in 11 U.S.C. § 101(14) in that the Wiley Law Group, PLLC, its members and employees:

(a) are not creditors, equity security holders, or insiders of the Debtor;

(b) are not and were not, within two years before the date of the filing of the Debtor's involuntary petition, a director, officer, or employee of the Debtor; and

(c) do not have an interest materially adverse to the interest of the estate or any class of creditors or equity security holders by reason of any direct or indirect relationship to, connection with, or interest in, the Debtor or for any other reason.

## SCOPE OF EMPLOYMENT

7. The Wiley Law Group, PLLC will be primarily responsible for counseling the Debtor and representing the estate. The Wiley Law Group may render the following services in this case:

a. Provide legal advice with respect to the Debtor's powers and duties as a debtor-in-possession and in the Debtor's continued operation of its businesses and management of its properties;

b. Prepare and pursue confirmation of a plan and approval of a disclosure statement;

c. Prepare necessary applications, motions, answers, orders, reports, and other legal papers on behalf of the Debtor;

d. Appear in Court and to protect the interests of the Debtor before the Court;

e. Perform all other legal services for the Debtor that may be necessary and proper in this case, including, but not limited to, provision of advice in areas such as corporate, bankruptcy, tort, employment, governmental, and secured transaction; and

f. Perform all other legal services for the Debtor which may be necessary and proper in these proceedings.

**PROFESSIONAL COMPENSATION**

8. The Wiley Law Group, PLLC intends to charge fees based upon the same prevailing hourly rates charged to its regular clients for similar services and intends to apply to the Court for allowance of reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure, as well as the local rules and any relevant orders of this Court. The Debtor has been informed that the Wiley Law Group's prevailing rates may change from time to time consistent with normal business practices and that any such changes will be reflected in the first fee application following the change. No compensation will be paid by the Debtor to the Wiley Law Group except upon application to and approval of this Court.

9. The Wiley Law Group has advised the Debtor of the firm's current hourly rates. Generally, the firm's hourly rates as follows: (a) $425.00 per hour for attorneys of

AFFIDAVIT IN SUPPORT OF
APPLICATION FOR EMPLOYMENT OF COUNSEL FOR DEBTOR - Page 6

the firm; (b) $75.00 per hour for legal assistants and paralegals. The Debtor understands that the hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions.

10. The hourly rates set forth above are the firm's standard hourly rates for work of this nature. These rates are set at a level designed to fairly compensate the firm for its work and to cover fixed and routine overhead expenses. It is the Wiley Law Group's policy to charge its clients for all other expenses incurred in connection with the client's case. The expenses charged to clients include, among other things, telephone, facsimile, and other charges, mail and express mail charges, special or hand delivery charges, document processing, photocopying charges, travel expenses, computerized research, and transcription costs, as well as non-ordinary overhead expenses such as overtime for secretarial personnel and other staff. The Wiley Law Group will charge the Debtor for these expenses in a manner and at rates consistent with charges made generally to the firm's clients. In addition, the firm intends to seek compensation for all time and expenses associated with its retention in accordance with 11 U.S.C. §§ 330 and 331 and any orders of this Court, including the preparation of the Application, this Affidavit, and related documents, as well as any monthly fee statements or interim or final fee applications.

11. Other than what has been disclosed herein, there is no proposed arrangement to compensate the firm. The Wiley Law Group has not, otherwise, shared, nor agreed to share (a) any compensation it has received or may receive with any other party or person, other than with the attorneys of the firm, or (b) any compensation another person or party has received or may receive.

12. By reason of the foregoing, I believe Kevin S. Wiley, Sr. of the Wiley Law Group is eligible for employment and retention by the Debtor pursuant to 11 U.S.C. §§ 327(a) and the applicable Federal Rules of Bankruptcy Procedure.

Signed and sworn to under the penalties of perjury this 14th day of August 2020.

_____
KEVIN S. WILEY, SR.

STATE OF TEXAS  § 
                § ss:
COUNTY OF DALLAS § 

Sworn to and subscribed before me this ___14th___ day of August 2020

[Notary Seal: CLAUDIA DILLINGHAM MEZA, Notary Public, State of Texas, Comm. Expires 08-12-2023, Notary ID 132125323]

_____
Notary Public

My Commission Expires: 8/12/23