

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
08/21/2020

IN RE: §
MURPHY SHIPPING &  COMMERCIAL § CASE NO: 20-34049
SERVICES, INC. §
    Debtor(s) §
 § CHAPTER  11

# ORDER
## CHAPTER 11 SUBCHAPTER V STATUS CONFERENCE

Murphy Shipping & Commercial Services, Inc., ("*Debtor*"), has elected to proceed under Subchapter V of Title 11, Chapter 11 of the United States Bankruptcy Code.  The Court deems it necessary to conduct an initial status conference.  It is therefore:

**ORDERED:**

I. On September 1, 2020 at 9:30 a.m. (Central Standard Time) before the United States Bankruptcy Court, Houston Division, the Court will conduct an electronic initial status conference in the above-captioned cases.   To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed:

   a. The dial-in-number for hearings before Judge Rodriguez is 712.775.8972 and the conference room number is 999276; and
   b. for video appearances and witness testimony, parties are to utilize the **GoToMeeting** web-based application and enter conference code: judgerodriguez.

II. Debtor's representatives, Debtor's primary bankruptcy counsel and the Subchapter V Trustee must appear at this status conference;

III. No fewer than five (5) days prior to the status conference set by this Order, Debtor must file a Chapter 11 Status Conference Statement on the Court's CM/ECF system that addresses the following:

   a. The efforts Debtor has undertaken and will undertake to attain a consensual reorganization plan.
   b. Any complications the debtor anticipates in promptly proposing and confirming a plan, including any need for discovery, valuation, motion practice, claim adjudication, or adversary proceeding litigation.
   c. An outline of the proposed plan.
   d. A description of the nature of the debtor's business or occupation, the primary place of business, the number of locations from which it operates, and the number

      of employees or independent contractors it utilizes in its normal business operations and the goals of the reorganization plan.

    e. Any motions the debtor contemplates filing or expects to file before confirmation.
    f. Any objections to any claims or interests the debtor expects to file before confirmation and any potential need to estimate claims for voting purposes.
    g. The business, financial, and other problems that prompted the filing of this case.
    h. Attendance at a meeting of creditors pursuant to 11 U.S.C. § 341(a).
    i. Estate's need for professionals (e.g., attorneys, accountants, brokers, etc.).
    j. Whether the debtor is current on the filling of all required tax returns.
    k. Unique issues concerning secured debt, employees, cash collateral, executory contracts, and existing management.
    l. Postpetition operations and revenue.
    m. Status of any litigation pending in or outside this Court.
    n. Compliance with requests for information from the United States Trustee including, but not limited to, requests made in the Initial Debtor Interview.
    o. Type and adequacy of insurance coverage.
    p. Debtor-In-Possession Bank Account.
    q. Any other matters that might materially affect the administration of this case.

IV. Debtor must serve their Chapter 11 Status Conference Statement on the Subchapter V Trustee and the United States Trustee.

V. Failure to comply with this order may result in dismissal or conversion of these cases to one under Chapter 7.

SIGNED 08/21/2020.

_____
Eduardo V. Rodriguez
United States Bankruptcy Judge