## INITIAL REPORT CHECKLIST

### CHAPTER 11

CASE NAME:    MURPHY SHIPPING & COMMERICAL SERVICES, INC.

CASE NUMBER:    20-203049                    PETITION DATE:    08/12/2020

Please check included items:

☑

☑    **Exhibit A**    **Initial Report Summary** is completed and attached.

☑    **Exhibit B**    **Bank Account Declaration** is completed and attached.

☑    **Exhibit C**    **Insurance Statement** is completed and attached.

☑    **Exhibit D**    **Projected 90-Day Profit And Loss Statement**  is completed and
attached.

☑    **Exhibit E**    **Designation And Acceptance Of Individual Responsible For
Discharging Debtor In Possession Duties** is completed and
attached.

☑    **Exhibit F**    **Designation And Acceptance Of Individual Responsible For
Preparation Of Financial Reports For Debtor In Possession** is
completed and attached.

☑    **Exhibit G**    **Reporting of Pension, Retirement and Health Plans to the Office
of the United States Trustee** is completed and attached.

☑    **Exhibit H**    **Waiver of Communications by the Attorney for the Debtor-In-
Possession Regarding Administrative Matters** is completed and
attached.

☑    **Signature Page – Print, sign, scan and insert.**

**Exhibit A**
**INITIAL REPORT SUMMARY**

CASE NAME: **MURPHY SHIPPING & COMMERICAL SERVICS, INC.**    CASE NUMBER:    **20-203049**

PETITION DATE:    **08/12/2020**

DEBTOR REPRESENTATIVE: **MR. JERRY ROWELL**    TITLE/POSITION: **PRESIDENT**

| | N/A | ✓ | |
|---|---|---|---|
| 1. | | | **DEBTOR TYPE:** (check all that apply)  Corporation |
| | ◆ | | INDIVIDUAL (including joint debtors) |
| | | ✓ | SMALL BUSINESS § 101 (51 D ) |
| | ◆ | | HEALTH CARE § 101 (27 A ) |
| | ◆ | | NON-SMALL BUSINESS |
| | ◆ | | REAL ESTATE |
| | ◆ | | SINGLE ASSET REAL ESTATE § 101 (51 B) |
| | ◆ | | IS THE DEBTOR A TAX EXEMPT ORGANIZATION UNDER TITLE 26 OF THE UNITED STATES CODE (the Internal Revenue Code) ? |
| 2. | ◆ | | IS THE DEBTOR A **PUBLICLY TRADED** ENTITY? |
| 3. | | ✓ | HAS A PLAN BEEN FILED WITH THE PETITION? |
| 4. | | | **NATURE OF DEBTS:** |
| | ◆ | | DEBTS ARE PRIMARILY CONSUMER DEBTS, DEFINED IN 11 U.S.C. § 101(8) AS "INCURRED BY AN INDIVIDUAL PRIMARILY FOR A PERSONAL, FAMILY, OR HOUSEHOLD PURPOSE." |
| | | ✓ | DEBTS ARE PRIMARILY BUSINESS DEBTS. |
| 5. | | | **REASONS FOR FILING:** |

1. RESTRUCTURING OUTSANDING DEBT, PRIMARILY CONTINGENT DERVIATIVE CLAIMS OF MINORITHY SHAREHOLDERS;
2. ENJOIN INTERFERENCE WITH THE ORDERLY EXECUTION OF THE ADMINISTRATION OF THE ESTATE.
3. CANCELL INSIDER DEBT OWED TO THE COMPANY WITHOUT CREATING ORDINARY INCOME TAX LIABILITY.

CASE NAME: **MURPHY SHIPPING & COMMERICAL SERVICS, INC.**   CASE NUMBER:   20-203049

| | N/A | ✓ | |
|---|---|---|---|
| | | | **IF DEBTOR IS AN INDIVIDUAL** (If not, skip to #13) |
| 6. | ◆ | ☐ | DID THE **INDIVIDUAL** DEBTOR RECEIVE CREDIT COUNSELING IN ACCORDANCE WITH § 109(h)? |
| 7. | ◆ | ☐ | DID THE **INDIVIDUAL** DEBTOR COMPLETE AND FILE SCHEDULE I AND J AS WELL AS FORM **B22B** ? |
| 8. | ◆ | ☐ | DID THE **INDIVIDUAL** DEBTOR FILE A LIST OF EXEMPTIONS? (SCHEDULE C) |
| 9. | ◆ | ☐ | DOES THE **INDIVIDUAL** DEBTOR HAVE DOMESTIC SUPPORT OBLIGATIONS AND HAS THE DEBTOR COMPLIED WITH § 704 (a) 10 (AS MADE APPLICABLE BY § § 1107,1106(a)(2))? |
| | | ☐ ☐ | PROVIDED WRITTEN NOTICE TO THE HOLDER OF THE CLAIM. |
| | | ☐ ☐ | PROVIDED WRITTEN NOTICE TO THE STATE CHILD SUPPORT ENFORCEMENT AGENCY OF SUCH CLAIM. |
| | | ☐ ☐ | IS THE DEBTOR AWARE OF THE REQUIREMENTS OF § 704(c )(1)(C ), AT THE TIME THE DEBTOR IS GRANTED A DISCHARGE. |
| 10. | ◆ | ☐ | HAS THE **INDIVIDUAL** DEBTOR FILED, IF APPLICABLE, THE REQUIRED INCOME TAX RETURNS WITH THE BANKRUPTCY COURT AND PROVIDED COPIES TO THE U.S. TRUSTEE? § 521(f)   THE MOST RECENT TAX RETURN FILED WITH THE I.R.S. IS YEAR 2019 |
| 11. | ◆ | ☐ | FOR THE INDIVIDUAL DEBTOR, HAS THE "STATEMENT OF SOCIAL-SECURITY NUMBER(S)" (FORM 21 B) BEEN SUBMITTED WITH THE CORRECT TAX IDENTIFICATION INFORMATION? |
| 12. | ◆ | ☐ | FOR THE INDIVIDUAL DEBTOR, IS THE DEBTOR AWARE OF IRS NOTICE 2006-83? |
| | | | **IF DEBTOR IS A BUSINESS** |
| 13. | ☐ | ✓ | IS THE (NON-INDIVIDUAL) DEBTOR'S TAX IDENTIFICATION NUMBER CORRECT AS IT APPEARS ON THE CASE DOCKET? (If not, please correct the docket and enter here):   76-0506561 |
| 14. | ☐ | ✓ | HAS THE CORPORATE DEBTOR FILED A LIST OF EQUITY SECURITY HOLDERS ACCORDING TO FRBP 1007(a)(3)? |
| 15. | ☐ | ✓ | DOES THE CORPORATE DEBTOR HAVE A CERTIFICATE OF GOOD STANDING WITH THE STATE? |

CASE NAME: **MURPHY SHIPPING & COMMERICAL SERVICES, INC.**        CASE NUMBER:    20-203049

| | N/A | ✓ | |
|---|---|---|---|
| 16. | ☐ | ✓ | DID THE **CORPORATE / PARTNERSHIP** DEBTOR EXECUTE A CORPORATE / PARTNERSHIP RESOLUTION ALLOWING THE FILING OF THE BANKRUPTCY? |
| 17. | ☐ | ✓ | HAS THE **SMALL BUSINESS** § 101 (51 D) DEBTOR FILED THE MOST RECENT BALANCE SHEET, STATEMENT OF OPERATIONS, CASH FLOW STATEMENT, AND FEDERAL INCOME TAX RETURN WITH THE BANKRUPTCY COURT, OR A STATEMENT UNDER PENALTY OF PERJURY THAT NO FINANCIAL STATEMENTS HAVE BEEN PREPARED AND NO FEDERAL INCOME TAX RETURN HAS BEEN FILED? § 1116 |
| 18. | ◆ | ☐ | IS THE DEBTOR REQUIRED TO FILE **FORM B 26** "PERIOD REPORT REGARDING VALUE, OPERATIONS AND PROFITABILITY OF ENTITIES IN WHICH THE ESTATE OF [NAME OF DEBTOR] HOLDS A SUBSTANTIAL OR CONTROLLING INTEREST" FRBP 2015.3? |
| 19. | **TYPE OF BUSINESS OPERATIONS** (explanation): | | |
| | DEBTOR PROVIDES LOGISTICAL SUPPORT FOR DOOR-TO-DOOR, COURIER, DIRECT AIRFREIGHT, CONSOLIDATED AIRFREIGHT, AND OCEAN FREIGHT SERVICES TO ANYWHERE IN THE WORLD, BUT PRIMARILY TO OIL AND GAS EXPLORATION COMPANIES IN THE NIGERIAN MARKET | | |
| 20. | NUMBER OF EMPLOYEES AT TIME OF FILING  14 | | |
| 21. | DATE BUSINESS COMMENCED/INCORPORATED  06/26/1996 | | |
| 22. | DATE PROPOSED PLAN OF REORGANIZATION TO BE FILED  08/12/2020 | | |
| | WITHIN:<br>120 DAY EXCLUSIVITY PERIOD FOR NON-SMALL BUSINESS.<br>180 DAY EXCLUSIVITY PERIOD FOR SMALL BUSINESS, 300 DAYS MAXIMUM.<br>90 DAYS FOR SINGLE ASSET REAL ESTATE (or pay adequate protection). | | |
| 23. | PROPOSED PLAN OF REORGANIZATION (explanation) | | |
| | 1. PAY UNSECURED PROFESSIONAL CLAIMS 50% ON DOLLAR ON ALLOWED CLAIMS<br>2. PAY UNSECURED CONTINGENT DERIVATIVE CLAIMS $10,000 ON EFFECTIVE DATE<br>3. PAY 40% MINORITY SHAREHOLDERS $115,000, $60,000 ON EFFECTIVE DATE AND $55,000 WITHIN ONE YEAR AT PRIME RATE AT EFFECTIVE DAE.<br>4. CANCEL 40% STOCK SO THAT ESTATE OWNS 100% OF REORGANIZED DEBTOR<br>5. ISSUE VOTING TRUST SO THAT CONTROL ISSUES IN PROBATE ARE RESOLVED | | |

CASE NAME: MURPHY SHIPPING & COMMERICAL SERVICS, INC.          CASE NUMBER:     20-203049

| 24. | CORPORATE OFFICERS, PARTNERS, OR SOLE PROPRIETOR | | | |
|---|---|---|---|---|
| | LIST: | | 0.000 | $ 84,000 |
| | NAME | TITLE | PERCENT OWNERSHIP | COMPENSATION (PAST 12 MONTHS) |
| | JERRY ROWELL | PRESIDENT | 0.000 | 60,000.00 |
| | DAVID JOHNS | CONSULTANT | 0.000 | 24,000.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | (add additional sheets if needed) | | | |

| 25. | LIST ALL **INSIDERS** AS DEFINED IN SECTION 101(31)(A)-(F) OF THE UNITED STATES BANKRUPTCY CODE AND ANY COMPENSATION FOR THE LAST SIX MONTHS | |
|---|---|---|
| | | $ 12,000 |
| | NAME | COMPENSATION (PAST 6 MONTHS) |
| | DAVID JOHNS | 12,000 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | (add additional sheets if needed) | |

**FINANCIAL CONDITION ON DATE OF FILING:**          Dollars

| 26. | TOTAL ASSETS | 994,533 |
|---|---|---|
| 27. | TOTAL DEBTS | 130,491 |
| 28. | CASH | 915,666.00 |
| 29. | INVENTORY | 0 |
| 30. | ACCOUNTS / NOTES RECEIVABLE | 2,693,616 |
| | UNCOLLECTIBLE          2,693,616 | |
| 31. | ACCOUNTS / NOTES RECEIVABLE FROM INSIDERS | 2,693,616 |

CASE NAME: **MURPHY SHIPPING & COMMERICAL SERVICS, INC.**   CASE NUMBER:   **20-203049**

| 32. | MACHINERY FIXTURES & EQUIPMENT | | | 0 |
|-----|-----|-----|-----|-----|

| 33. | VEHICLES (TOTAL NUMBER AND VALUE) | | | 0 |
|-----|-----|-----|-----|-----|

| 34. | REAL ESTATE | | | | $ 0 |
|-----|-----|-----|-----|-----|-----|

| LOCATION / DESCRIPTION | VALUE / DEBT | | LIEN HOLDER | MONTHS IN ARREARS |
|-----|-----|-----|-----|-----|
| N/A | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(add additional sheets if needed)

| 35. | TOTAL SCHEDULE B PROPERTY | 1,576,696 |
|-----|-----|-----|

| 36. | TAXES OWED | |
|-----|-----|-----|

| TAXING AUTHORITY | / AMOUNT | $ 19,143 |
|-----|-----|-----|
| Harris county | 19,143 | |
| | | |
| | | |
| | | |

(add additional sheets if needed)

| 37. | WAGES OWED | $ 0.00 |
|-----|-----|-----|

| 38. | NUMBER OF WAGE CLAIMS | 0 |
|-----|-----|-----|

| 39. | RENT OWED | $ 1,335 | MONTHS IN ARREARS | 0 |
|-----|-----|-----|-----|-----|

CASE NAME: **MURPHY SHIPPING & COMMERICAL SERVICES, INC.**   CASE NUMBER:   **20-203049**

| 40. | SECURED DEBTS (DO NOT REPEAT OBLIGATIONS LISTED UNDER REAL ESTATE) | | | $ 0 |
|---|---|---|---|---|
| | LOCATION / DESCRIPTION | VALUE / DEBT | LIEN HOLDER | MONTHS IN ARREARS |
| | N/A | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | (add additional sheets if needed) | | | |

| 41. | UNSECURED DEBTS (TOTAL) | 134,000 |
|---|---|---|

|   | N/A ☑ | |
|---|---|---|
| 42. | ☐ ☑ | IS THE DEBTOR'S MAILING ADDRESS CORRECT AS IT APPEARS ON THE CASE DOCKET? If different, please update the docket and enter a correct mailing address for the debtor: |

|  |  |  |
|---|---|---|
| 12001 TIMBERLOCH PL. | | |
| SUITE 500 | | |
| THE WOODLANDS | TX | 77380 |

| 43. | ☐ ☑ | IS THE DEBTOR ATTORNEY'S MAILING ADDRESS CORRECT AS IT APPEARS ON THE CASE DOCKET? (If not please provide an address here): |
|---|---|---|

|  |  |  |
|---|---|---|
| WILEY LAW GROUP, PLLC | | |
| 325 N. ST. PAUL STREET | | |
| SUITE 2250 | | |
| DALLAS | TX | 75201 |

| 44. | ☐ ☑ | IS THE DEBTOR ATTORNEY'S DOCKETED EMAIL ADDRESS AN ADDRESS THE U.S. TRUSTEE CAN USE FOR SENDING EMAILS? (If not please enter a current email address here): KWILEY@WILEYLAWGROUP.COM |
|---|---|---|

| 45. | | CASE TO BE | Enter Case Numbers |
|---|---|---|---|
| | ◆ ☐ | JOINTLY ADMINISTERED | |
| | ◆ ☐ | SUBSTANTIVELY CONSOLIDATED | |

**Exhibit B**

**BANK ACCOUNT DECLARATION**

CASE NAME:  **MURPHY SHIPPING & COMMERICAL SERVICS, INC.**

CASE NUMBER:   **20-203049**

All pre-petition bank accounts of the debtor-in-possession in the above-referenced case, are listed below **with date** closed :

| DEPOSITORY | ACCOUNT NAME | ACCOUNT NUMBER | DATE CLOSED |
|---|---|---|---|
| Chase Bank | Checking Account | 297776186 | 08/24/2020 |
| | | | |
| | | | |
| | | | |
| | | | |

All cash which is property of the estate has been or will be deposited in the following debtor-in-possession bank accounts at the following financial institution(s) **with proper styling on the accounts**:

| DEPOSITORY | ACCOUNT NAME | ACCOUNT NUMBER |
|---|---|---|
| Chase Bank | Chase Bank DIP #20-34049 | 297776186 |
| | | |
| | | |
| | | |

Regarding the debtor-in-possession bank account(s) listed above, the financial institution(s) listed above submits periodic reports to the United States Trustee regarding balances on hand in bankruptcy estate accounts, and pledges securities with the Federal Reserve or posts a bond in order to insure that estate funds balances exceeding federal deposit insurance limits are protected against loss in the event of the failure of the institution.  The United States Trustee will monitor the reports submitted by the institution(s) to assist the debtor-in-possession in insuring compliance with the provisions of 11 U.S.C. §345.  **FAILURE TO COMPLY WITH THE REQUIREMENTS OF 11 U.S.C. §345 CONSTITUTES GROUNDS FOR THE UNITED STATES TRUSTEE TO SEEK APPROPRIATE RELIEF FROM THE COURT, INCLUDING THE APPOINTMENT OF A TRUSTEE OR THE DISMISSAL OR CONVERSION OF THE CASE.**

## Exhibit C

## INSURANCE STATEMENT

CASE NAME:  **MURPHY SHIPPING & COMMERICAL SERVICS, INC.**

CASE NUMBER:    **20-203049**

Each insurance certificate page should have the United States Trustee as a party to be notified should the debtor's insurance lapse or not be renewed for any reason.

| INSURER | TYPE | COVERAGE AMOUNT | POLICY NUMBER | EXPIRATION DATE | PAID THROUGH |
|---|---|---|---|---|---|
| Acord | Liability | 2,000,000 | MPL4502314.20 | 07/31/2021 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

9

**Exhibit D**

## PROJECTED 90-DAY PROFIT AND LOSS STATEMENT
(Cash Basis)

CASE NAME:  **MURPHY SHIPPING & COMMERICAL SERVICES, INC.**

CASE NUMBER:   **20-203049**

| | Month | Month | Month |
|---|---|---|---|
| | August 2020 | September 2020 | October 2020 |
| **Sales:** | | | |
| Net Sales | $ 48,079.70 | $ 48,079.70 | $ 48,079.70 |
| | | | |
| **Cost of Goods Sold:** | | | |
| Cost of Goods Sold (COGS) | 44,896.32 | 44,896.32 | 44,896.32 |
| | | | |
| **Gross Profit (Sales Less COGS)** | $ 3,183.38 | $ 3,183.38 | $ 3,183.38 |
| Other Operating Income | 5,101.09 | 5,101.09 | 5,101.09 |
| | | | |
| **Operating Expenses:** | | | |
| Officer/Mgmt Payroll | 7,000.00 | 7,000.00 | 7,000.00 |
| Payroll - Other Employees | 36,023.41 | 36,023.41 | 36,023.41 |
| Payroll Taxes | 4,118.17 | 4,118.17 | 4,118.17 |
| Rental - Real Property | 3,462.60 | 3,462.60 | 3,462.60 |
| Leases - Personal Property | | | |
| Repairs and Maintenance | 3.86 | 3.86 | 3.86 |
| Insurance | 942.81 | 942.81 | 942.81 |
| Telephone and Utilities | 428.75 | 428.75 | 428.75 |
| Travel and Entertainment | 2,209.82 | 2,209.82 | 2,209.82 |
| Misc. Operating Expenses | 5,373.88 | 5,373.88 | 5,373.88 |
| Bank Charges & Service Fees | 225.01 | 225.01 | 225.01 |
| Broker Fees | 21.15 | 21.15 | 21.15 |
| Charitable Contributions | 384.75 | 384.75 | 384.75 |
| Gifts | 5.32 | 5.32 | 5.32 |
| Marketing Wages | 1,999.90 | 1,999.90 | 1,999.90 |
| Office Supplies | 658.47 | 658.47 | 658.47 |
| Professional Fees | 9,187.05 | 9,187.05 | 9,187.05 |
| | | | |
| **Total Operating Expenses** | 72,044.95 | 72,044.95 | 72,044.95 |
| | | | |
| **Net Gain/(Loss) from operations** | ($ 63,760.48) | ($ 63,760.48) | ($ 63,760.48) |
| | | | |
| **Non-Operating Income:** | | | |
| Interest Income | | | |
| Net Gain on Sale of Assets | | | |
| **Total Non-Operating Income/(Loss)** | $ 0.00 | $ 0.00 | $ 0.00 |
| | | | |
| | | | |
| **NET INCOME/(LOSS)** | ($ 63,760.48) | ($ 63,760.48) | ($ 63,760.48) |

10

Exhibit E

## DESIGNATION AND ACCEPTANCE OF INDIVIDUAL RESPONSIBLE FOR DISCHARGING THE DUTIES OF THE DEBTOR IN POSSESSION

CASE NAME:  **MURPHY SHIPPING & COMMERICAL SERVICS, INC.**

CASE NUMBER:  **20-203049**

I hereby designate  **JERRY ROWELL**  , as provided under FRBP 9001(5), as the individual responsible for discharging the duties of the debtor-in-possession under 11 U.S.C. §1107, and as may be required by the court or the United States Trustee.

11

Exhibit F

## DESIGNATION AND ACCEPTANCE OF INDIVIDUAL RESPONSIBLE FOR PREPARATION OF FINANCIAL REPORTS FOR DEBTOR-IN-POSSESSION

CASE NAME:  **MURPHY SHIPPING & COMMERICAL SERVICS, INC.**

CASE NUMBER:   **20-203049**

I, hereby designate **JERRY ROWELL**, as the individual responsible for the preparation of all financial reports as required by the court or the United States Trustee.  Should this individual cease to be responsible for the preparation of financial  reports, the debtor-in-possession will promptly designate another individual by serving upon the United States Trustee an amended Designation and Acceptance of Individual Responsible For Preparation of Financial Reports For Debtor-In-Possession.

**Exhibit G**

## REPORTING OF PENSION, RETIREMENT AND HEALTH PLANS

CASE NAME:   **MURPHY SHIPPING & COMMERICAL SERVIC**

CASE NUMBER:      **20-203049**                          EIN:_____

Is this a public corporation?        ☐ Yes           ☒ No

**1.  Does the debtor sponsor a group health or dental plan?**   ☐ Yes      ☒ No   **If No, go to #2.**

Premiums paid through     ☐ employee contributions     ☐ employer contributions

Are the premium payments current?   ☐ Yes       ☐ No

Benefits paid from     ☐ employee contributions     ☐ general assets of the company

Name and address of responsible officer: [_____]

Number of Plan participants: [_____]          Amount of Plan assets: $[_____]

**2.  Does the debtor sponsor a pension plan?**   ☐ Yes   ☒ No

☐ 401(k) Plan          ☐ Profit Sharing Plan          ☐ Defined Benefit Plan

☐ Money Purchase Plan       ☐ Employee Stock Ownership Plan

Name and address of responsible officer: [_____]

Who is custodian of plan assets? [_____]

Do the employees make contributions to the Plan?       ☐ Yes      ☐ No

Have all employee contributions been forwarded to the trust fund:   ☐ Yes   ☐ No

If the debtor maintains a defined benefit or money purchase plan, is it fully funded?   ☐ Yes      ☐ No

Have any trustees, officers, owners or board members of the debtor received any distributions from the plan within the last year?
If so, please provide the name(s), address(es) and title:  (If needed attach list)
[_____]

Has the debtor company received any loans from the plan?  If so, please state the approximate date, amount and purpose of the loan. [_____]

Number of Plan participants: [_____]     Amount of Plan assets: $[_____]

A copy of this document will be provided to the Department of Labor

## Exhibit H

CASE NAME: **MURPHY SHIPPING & COMMERICAL SERVICES, INC.**

CASE NUMBER:     **20-203049**

### Communications by Office of the United State Trustee
### Regarding Administrative Matters

### Part I: Purpose

The United States Trustee is responsible for supervising the administration of cases under chapters 7, 11, 12, and 13 of the United States Bankruptcy Code.  28 U.S.C.§ 586: [To fulfill this responsibility, the United States Trustee has issued Guidelines for Debtors-in-Possession. The Guidelines impose certain administrative and reporting responsibilities on chapter 11 debtors-in-possession.]*  In addition, debtors-in-possession must comply with certain statutory requirements such as a requirement to pay quarterly fees to the United States Trustee.  28 U.S.C. § 1930(a)(6).  The local Office of the United States Trustee is available to assist debtors-in-possession in fulfilling these requirements.  In addition, it is frequently necessary for the Office of the United States Trustee to contact debtors-in-possession concerning missing documents, incomplete forms, and other administrative matters.

### Part II: WAIVER election

☑         The Office of the United States Trustee **MAY** contact my client directly concerning the administrative requirements of the United States Trustee.  These requirements include the proper completion of operating reports, the maintenance of appropriate insurance, banking arrangements, and the payment of quarterly fees.

☐         The Office of the United States Trustee **MAY NOT** communicate directly with my client concerning the administrative requirements of the United States Trustee.

14

Signature Page   **MURPHY SHIPPING & COMMERICAL SERVICES, INC.**

20-203049

[ Print Current Page ]

I hereby certify that I have received the United States Trustee's Guidelines For Debtors-In-Possession, that I have read and understand the guidelines, and agree to comply with the guidelines and the requirements set forth therein.

I further declare under penalty of perjury that the information provided on all **Exhibits** above and on any attachments hereto is true and correct to the best of my information and belief.

That the designees listed on Exhibits E and F understand and have accepted their responsibilities as provided under FRBP 9001(5), as the individual responsible for discharging the duties of the debtor-in-possession under 11 U.S.C. §1107, and as may be required by the court or the United States Trustee, and as the individual responsible for preparation of the financial reports for the debtor-in-possession.

Date _8/24/20 20_          Signature _____
Debtor-In-Possession
**MURPHY SHIPPING & COMMERCIAL**
**JERRY ROWELL, PRESIDENT**

Date _8/24/20 20_          Signature _____
Individual Responsible for Discharging the
Duties of the Debtor-In-Possession
| JERRY ROWELL |

Date _8/24/2020_          Signature _____
Individual Responsible for Preparing the
Financial Reports for the Debtor-In-Possession
| JERRY ROWELL |

The undersigned attorney for the debtor in possession, has read and reviewed with the debtor-in-possession the United States Trustee's Guidelines For Debtor-In-Possession, as well as completed Exhibit H, **Communications by Office of the United State Trustee Regarding Administrative Matters** .

Date _8/24/2020_          Signature _____
Attorney for Debtor
| KEVIN S. WILEY, SR. |

# EXHIBIT A

Corporations Section
P.O.Box 13697
Austin, Texas 78711-3697



Ruth R. Hughs
Secretary of State

# Office of the Secretary of State

### Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Articles Of Incorporation for MURPHY SHIPPING & COMMERCIAL SERVICES, INC. (file number 140647500), a Domestic For-Profit Corporation, was filed in this office on June 26, 1996.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on August 18, 2020.



Ruth R. Hughs
Secretary of State

---

*Come visit us on the internet at https://www.sos.texas.gov/*

Phone: (512) 463-5555
Prepared by: SOS-WEB

Fax: (512) 463-5709
TID: 10264

Dial: 7-1-1 for Relay Services
Document: 990628390002

# EXHIBIT B



VOID

MURPHY SHIP & COMM SERV, DIP # 20-34049

7112

DATE

PAY TO THE
ORDER OF

$

DOLLARS

CHASE
JPMorgan Chase Bank, N.A.
www.Chase.com

Security Features
Included.
Details on Back.

MEMO

MP

⑆297776186⑈ 7112

# EXHIBIT C

MURPGLO-01                                                                                                                LDEYO

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY)**
**8/21/2020**

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.  THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT:   If  the  certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed.  If  SUBROGATION  IS  WAIVED,  subject  to  the  terms and conditions of the policy, certain policies may require an endorsement.  A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | CONTACT NAME: Lauri Deyo | |
|---|---|---|
| Ellard Insurance Agency, LLC. 25511 Budde Rd., Suite 3603 The Woodlands, TX 77380 | PHONE (A/C, No, Ext): (281) 377-1751 | FAX (A/C, No): |
| | E-MAIL ADDRESS: Lauri@ellardinsurance.com | |
| | **INSURER(S) AFFORDING COVERAGE** | NAIC # |
| | INSURER A : Lloyds of London | |
| INSURED Murphy Global Logistics 2001 Timberloch Place, Suite 500 The Woodlands, TX 77380 | INSURER B : The Hartford Financial Insurance Group Inc. | 29424 |
| | INSURER C : | |
| | INSURER D : | |
| | INSURER E : | |
| | INSURER F : | |

## COVERAGES          CERTIFICATE NUMBER:                              REVISION NUMBER:

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED.  NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X **COMMERCIAL GENERAL LIABILITY** | | | MPL4502314.20 | 7/31/2020 | 7/31/2021 | EACH OCCURRENCE | $ 1,000,000 |
| | ☐ CLAIMS-MADE  X OCCUR | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 50,000 |
| | | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 2,000,000 |
| | X POLICY ☐ PRO-JECT ☐ LOC | | | | | | PRODUCTS - COMP/OP AGG | $ |
| | OTHER: | | | | | | | $ |
| | **AUTOMOBILE LIABILITY** | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ☐ ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | ☐ HIRED AUTOS ONLY  ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | ☐ UMBRELLA LIAB  ☐ OCCUR | | | | | | EACH OCCURRENCE | $ |
| | ☐ EXCESS LIAB  ☐ CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED ☐  RETENTION $ | | | | | | | $ |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY**  Y / N | | | 61 WBC AH1LV9 | 7/31/2020 | 7/31/2021 | X PER STATUTE ☐ OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N / A | | | | | E.L. EACH ACCIDENT | $ 1,000,000 |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 1,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 1,000,000 |
| A | **Professional/E&O** | | | MPL4502314.20 | 7/31/2020 | 7/31/2021 | Each Claim | 1,000,000 |
| A | **Professional/E&O** | | | MPL4502314.20 | 7/31/2020 | 7/31/2021 | Aggregate | 1,000,000 |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES  (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
**The General Liability/Professional Liability includes an automatic blanket additional insured endorsement that provides additional insured status to the certificate holder only when there is a written contract between the named insured and the certificate holder requiring such status.**

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| United States Trustee Southern and Western District Region 7 515 Rusk, Room 3516 Houston, Texas  77002 Fax  713-718-4670 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS. AUTHORIZED REPRESENTATIVE |

# EXHIBIT D

**MURPHY SHIPPING & COMMERCIAL SERVICS, INC. D/B/A/ MURPHY GLOBAL LOGISTICS**
**UNANIMOUS WRITTEN CONSENT IN LIEU OF SPECIAL MEETING OF DIRECTORS**

The undersigned, being all of the Directors and Shareholders of Murphy Shipping & Commercial Services, D/B/A Murphy Global Logistics, a corporation organized and existing under the laws of the State of Texas (sometimes referred to as the **"Corporation"**), do hereby pursuant to said laws and bylaws, take, consent to and vote in favor of the following actions and adopt the following resolutions, all as if such actions were taken and consented to, and such resolutions were adopted, at a special meeting of the Directors of the Corporation, and do hereby waive all notice in connection with such actions:

Approval of Filing of a Petition for Relief under Title 11, Chapter 11 of the United States Bankruptcy Code to Effect a Plan of Reorganization

RESOLVED, that the undersigned directors of the Corporation, believes that it is in the best interest of the Corporation to promptly file a petition for relief under the provisions of Title 11, Chapter 11 of the Bankruptcy Code to pursue an orderly plan of reorganization of the Company without harassment and undue interference from the parties involved in probate proceedings of the Estate of the former 60% shareholder, Ronald R. Johns, Sr.

Execution and Delivery of any Ancillary Documents

FURTHER RESOLVED, that The President of the Company, Jerry Rowell, is hereby authorized, for and on behalf of the Corporation, to execute, acknowledge and deliver any and all such additional filings, pleadings, agreements, documents, instruments and other papers (collectively, **"Ancillary Filing Documents"**), and to do or cause there to be done any and all such acts and deeds (collectively, **"Ancillary Filing Actions"**), which the President in his sole discretion and judgment, or on the advice of counsel, deem necessary, advisable or proper to effect the implementation of this and each of the foregoing resolutions; the execution and delivery of any such Ancillary Filing Documents or the taking of any such Ancillary Filing Actions by the officer shall be conclusive evidence that the same have been approved in all respects by the Corporation.

Ratification of Prior Acts

FURTHER RESOLVED, that the Directors hereby ratify on behalf of the Corporation, and adopt, approve, and affirm all acts and deeds of Jerry Rowell heretofore performed for or in the name or on behalf of the Corporation in entering into, executing, performing, carrying out or otherwise pertaining to the arrangements and intentions authorized by these resolutions, and declare such acts and deeds to be binding on the Corporation.

IN WITNESS WHEREOF, each of the Shareholders and Directors has executed and delivered this Unanimous Consent on behalf of the Corporation, Directors, and Shareholders, and as of the 12th day of August 2020.

**Consent of Directors and Shareholders of Murphy Global Logistics – Page 1**

**DIRECTORS**

_____
DAVID R. JOHNS, DIRECTOR

_____
JERRY ROWELL, DIRECTOR

_____
JEFF NOVAK, DIRECTOR