UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 20-34049-EVR-11 |
| **MURPHY SHIPPING &** | § | |
| **COMMERCIAL SERVICES, INC.** | § | |
| **DBA MURPHY GLOBAL** | § | |
| **LOGISTICS** | § | Chapter 11 |
| | § | |
| *Debtor* | § | |

**DEBTOR'S MOTION FOR ORDER APPROVING DEBTOR'S NOTICE OF HEARING ON DEBTOR'S PLAN AND COMBINED DISCLOSURE STATEMENT; CONDITIONALLY APROVING DISCLOSURE STATEMENT; SETTING DEADLINE FOR OBJECTIONS AND APPROVING DEBTOR'S FORM OF BALLOT FOR ACCEPTANCE/REJECTION OF THE PLAN**

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW Murphy Shipping & Commercial Services, Inc. d/b/a Murphy Global Logistics ("Debtor") and pursuant to Bankr. R. 4001 and L.BR. 4001-1, submits this Motion for Hearing as above captioned on Debtor's Plan and Disclosure Statement (Dkt. #1). The motion requests a two (2) hour hearing requested on or after October 5, 2020, to provide at least thirty-days' notice and respectfully shows the Court as follows:

### I. JURISDICTION AND VENUE

1. This Court has jurisdiction over this Motion pursuant to 28 U.S.C. § 1334(b). This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue is proper with the Bankruptcy Court pursuant to 28 U.S.C. Section 1408.

### II. FACTUAL BACKGROUND

2. Debtor is a small business qualified to file under the Small Business Reorganization Act of 2019 (the "SBRA"), and therefore eligible for the relief under Title 11, Chapter 11 of the United States Bankruptcy Code under Chapter V.

3. Debtor filed its Petition on August 12, 2020 (Dkt. #1). That same date Debtor forgiveable filed its combined Plan and Disclosure Statement (Dkt. #1).

4. One of the benefits of SBRA is the elimination of a separate hearing on adequacy of disclosure. Debtor is therefore eligible to proceed directly to a confirmation hearing of the Plan based on conditional acceptance of adequacy of disclosure of information supplied by the Debtor, and subject to timely objections filed by creditors and parties in interest.

5. Once Debtor receives a proposed date and time for the hearing by the annexed proposed order, Debtor will provide all creditors and parties in interest with an approved notice of confirmation hearing, where adequacy of disclosure materials submitted with the plan may also be finally determined. Pursuant to local rules creditors will also be provided with a deadline for filing objections to the Plan and adequacy of disclosure with seven (7) days of the proposed hearing date. Further, although consent is not required to confirmation of the plan by at least one impaired class, a ballot form will be submitted to determine whether confirmation is consensual.

6. The proposed form for notice of the hearing, balloting, and solicitation of acceptances/rejections is annexed hereto as Exhibit A and Exhibit 1 to Exhibit A.

WHEREFORE, PREMISES CONSIDERED, Debtor respectfully prays that the Court grant the Debtor's Motion for Hearing on Debtor's Plan and Disclosure Statement, setting dates for objection and acceptance/rejection of ballots, and enter an order approving the form of notice and ballot solicitation, and for such other and further relief to which it may show itself to be entitled.

Respectfully submitted,

WILEY LAW GROUP, PLLC

/s/ Kevin S. Wiley, Sr.
Kevin S. Wiley, Sr.
State Bar No. 21470700
Kevin S. Wiley, Jr.
State Bar No. 24029902
325 N. St. Paul Street, Suite 2250
Dallas, Texas 75201
Telephone: 972-913-2683
Telecopier: 972-449-5717
ATTORNEYS FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document was served to Trustee, and all other parties by ECF.

/s/ Kevin S. Wiley, Sr.