# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | Case No. 20-34049-EVR-11 |
| MURPHY SHIPPING & | § | |
| COMMERCIAL SERVICES, INC. | § | |
| DBA MURPHY GLOBAL | § | |
| LOGISTICS | § | Chapter 11 |
| | § | |
| *Debtor* | § | |

**DEBTOR'S NOTICE OF HEARING ON DEBTOR'S PLAN AND COMBINED DISCLOSURE STATEMENT WITH DEADLINE FOR OBJECTIONS AND BALLOT FOR ACCEPTANCE/REJECTION OF THE PLAN**

**TO THE CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that pursuant to the Order setting the hearing on Confirmation of the Plan of Reorganization of the above debtor [Dkt. # ____], and adequacy of Disclosure Statement of the Plan of Reorganization of this small business debtor that has been conditionally approved pending objections to be heard will be held on _____ at _____ p.m. before Honorable Judge Eduardo V. Rodriguez, United States Bankruptcy Court, Houston, Texas.  The Court will conduct an electronic hearing at that time. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web-page located at https://www.txs.uscourts.gov/cotent/united-states-bankruptcy-judge-eduardo-v-rodriguez.

    a. The dial-in-number for hearings before Judge Rodriguez is 712.775.8972 and the conference room number is 999276; and
    b. For video appearances and witness testimony, parties are to utilize the

**GoToMeeting web-based application and enter conference code: judgerodigjuez.**

Deadline for ballots, objections to confirmation, and/or objections to Disclosure is _____, 2020. Ballot form is attached hereto as Exhibit 1.

        Respectfully submitted
        WILEY LAW GROUP, PLLC

        <u>By: /s/ Kevin S. Wiley, Sr.</u>
        Kevin S. Wiley, Sr.
        Texas State Bar No. 21470700
        Kevin S. Wiley, Jr.
        Texas State Bar No. 24029902
        325 North St. Paul Street, Suite 2250 Dallas, TX 75201
        Tel. (214) 537-9572
        Fax (972)449-5717
        Email: kevin.wileysr@tx.r.com
        Email: kwiley@lkswjr.com
        **COUNSEL FOR DEBTOR,**
        **MURPHY GLOBAL LOGISTICS.**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on the _____ day of _____, 2020, true and correct of the Notice of Hearing was served by electronic notification to those parties receiving ECF Court notification, and those parties not receiving ECF Court notification pursuant to the attached mailing matrix.

                                            /s/ Kevin S. Wiley, Sr.

# Exhibit 1

# FORM OF BALLOT

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § § § | **Chapter 11** |
| **MURPHY GLOBAL LOGISTICS** | § § | **CASE NO. 20-33409-EVR-11** |
| Debtor. | § § § | |

**BALLOT FOR ACCEPTING OR REJECTING**
**PLAN OF REORGANIZATION**

Murphy Global Logistics, the above-captioned debtor and debtor-in-possession (collectively, the "Debtor") filed Debtor' Combined Plan and Disclosure Statement dated August 12, 2020, as amended. (the "Combined Plan and Disclosure") for the Debtor in this case. The Court has conditionally approved the Combined Plan and Disclosure, which provides information to assist you in deciding how to vote your ballot. If you do not have the Combined Plan and Disclosure, you may obtain a copy from Debtor' counsel Kevin S. Wiley, Sr. of the law firm WILEY LAW GROUP, PLC by sending a written request via email kwiley@wileylawgroup.com, or by mail to Wiley Law Group, PLLC, 325 N. St. Paul, Ste. 2250, Dallas, Texas 75201. The Court's conditional approval of the Combined Plan and Disclosure does not indicate final approval of the Combined Plan and Disclosure by the Court.

**You should review the Combined Plan and Disclosure before you vote. You may wish to seek legal advice concerning the Combined Plan and Disclosure and your classification and treatment under the Combined Plan and Disclosure. Your Claim has been placed in the class indicated in the Combined Plan and Disclosure.**

**If your ballot is not received by the law office of Wiley Law Group, PLLC, 325 N. St. Paul, Ste. 2250, Dallas, Texas 75201. on or before_____, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class_____claim against a Debtor in the unpaid amount of Dollars ($___) principal amount of_____*[describe bond, debenture, or other debt security]* of the Debtor (For purposes of this Ballot, it is not necessary and you should not adjust the principal amount for any accrued or unmatured interest.)

    (Check one box only)

    [ ] ACCEPTS THE PLAN   [ ] REJECTS THE PLAN

Dated:_

Name of creditor (if legal entity, the name of the legal entity)_____

Signature: ___

Print name of signer: _

Signer's Title (if legal entity): _____

Creditor Address:____

RETURN THIS BALLOT TO:

**Wiley Law Group, PLLC, 325 N. St. Paul Street, Ste. 2250, Dallas, Texas 75201.**