**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In Re: | § § | |
| | § | Case No. 20-34049-EVR-11 |
| **MURPHY SHIPPING &** | § | |
| **COMMERCIAL SERVICES, INC.** | § | |
| **DBA MURPHY GLOBAL** | § | |
| **LOGISTICS** | § | Chapter 11 |
| | § | |
| *Debtor* | § | |

**ORDER APPROVING DEBTOR'S NOTICE OF HEARING ON DEBTOR'S PLAN AND COMBINED DISCLOSURE STATEMENT; CONDITIONALLY APROVING DISCLOSURE STATEMENT; SETTING DEADLINE FOR OBJECTIONS AND APPROVING DEBTOR'S FORM OF BALLOT FOR <u>ACCEPTANCE/REJECTION OF THE PLAN</u>**

This having come on before this Court by way of Debtor's Motion to Set Hearing; Approve Form of Notice of Hearing on Debtor's Plan; Conditionally Approve Disclosure Statement; Set Deadline for Objections and Setting Deadline and Approval of Form of Ballot for Acceptance/Rejection of the Plan.

IT IS THEREFORE, ORDERED:

The Hearing on the Conditional Approval of the Disclosure Statement and Confirmation of Debtor's Plan of Reorganization, as amended, is set for _____, 2020 at _____ o'clock _____ m.

The Court will conduct an electronic hearing at that time. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web-page located at https://www.txs.uscourts.gov/cotent/united-states-bankruptcy-judge-eduardo-v-rodriguez.

a. **The dial-in-number for hearings before Judge Rodriguez is 712.775.8972 and the conference room number is 999276; and**
b. **For video appearances and witness testimony, parties are to utilize the GoToMeeting web-based application and enter conference code: judgerodigjuez.**

**Deadline for ballots, objections to confirmation, and/or objections to Disclosure is _____, 2020.**

**The Ballot form is attached hereto as Exhibit 1 to Exhibit A of Debtor's Motion is approved.**