

ENTERED
09/01/2020

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| MURPHY SHIPPING & COMMERICAL § | CASE NO. 20-34049 |
| SERVICES, INC., DBA § | CHAPTER 11 |
| MURHY GLOBAL LOGISITICS § | |
| § | JUDGE EDUARDO V. RODRIGUEZ |
| Debtor. § | |

**ORDER ON APPLICATION PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2014(a) FOR ORDER UNDER 11 U.S.C. § 327(a) AUTHORIZING THE EMPLOYMENT AND RETENTION OF KEVIN S. WILEY, SR. OF THE WILEY LAW GROUP, PLLC AS COUNSEL FOR THE DEBTOR**

The Court, after reviewing the Application Pursuant to Federal Rule of Bankruptcy Procedure 2014(a) for Order Under 11 U.S.C. § 327(a) Authorizing the Employment and Retention of Kevin S. Wiley, Sr. of The Wiley Law Group, PLLC as Counsel for the Debtor, Murphy Shipping & Commercial Services, Inc., d/b/a Murphy Global Logistics (the "Application"), and finding that there are no objections to the Application, finds that same has merit.

IT IS THEREFORE ORDERED:

That Murphy Shipping & Commercial Services, Inc., d/b/a Murphy Global Logistics may retain and employ Kevin S. Wiley, Sr. and the law firm of Wiley Law Group, PLLC at the expense of the Debtor's estate pursuant to Section 327(a) of the Bankruptcy Code on an flat fee basis to perform the legal services that will be necessary to represent the interests of the Debtor as a debtor-in-possession.

Signed: September 01, 2020

Eduardo V. Rodriguez
United States Bankruptcy Judge