

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
09/01/2020

| | | |
|---|---|---|
| IN RE: | § | |
| MURPHY SHIPPING &  COMMERCIAL | § | CASE NO: 20-34049 |
| SERVICES, INC. | § | |
| Debtor(s) | § | |
| | § | CHAPTER  11 |

**ORDER SCHEDULING A HEARING TO
CONSIDER CONFIRMATION OF THE PLAN AND
FIXING DEADLINES FOR VOTING AND OBJECTIONS**
*Regarding ECF No. 12*

The Court having received the Debtor's Plan of Reorganization for Small Business Under Subchapter V of Chapter 11 filed on August 12, 2020, the Court thereby issues this order setting confirmation of the Plan and fixing deadlines for voting on the Plan and objecting to the Plan.  It is therefore:

**ORDERED** that:

1. A copy of this order and the proposed plan (the "*Plan*"), a ballot(s) and any supporting statements (collectively, the "Solicitation Package") shall be deposited in the mail by Debtor to all known creditors and interest holders and parties-in-interest on or before **September 4, 2020.**

2. **September 30, 2020** at 12:00 noon (Central Standard Time) is the deadline for filing ballots accepting or rejecting the Plan. All ballots must be filed with the Clerk of this Court.

3. **September 30, 2020** at 12:00 noon (Central Standard Time) is the deadline for filing and serving written objections to confirmation of the Plan. Any objections must be filed with the Clerk of this Court.

4. A hearing on Debtor's Plan of Reorganization shall be conducted electronically before the United States Bankruptcy Court, Southern District of Texas, Houston Division on **October 7, 2020**,  at 1:30 p. m. (Central Standard Time).

5. To participate electronically, parties must follow the instructions set forth on Judge Rodriguez's web page located at: https://www.txs.uscourts.gov/content/united-states-bankruptcy-judge-eduardo-v-rodriguez. Parties are additionally instructed:

   a.   The dial-in-number for hearings before Judge Rodriguez is 712.775.8972 and the conference room number is 999276; and

    b.      for video appearances and witness testimony, parties are to utilize the GoToMeeting web-based application and enter conference code: judgerodriguez.

6.  Parties must comply with Bankruptcy Local Rule 9013-2 and Judge Rodriguez's Court Procedures Section VII(2)(b) regarding the exchange and submission of electronic exhibits.

SIGNED 09/01/2020.

Eduardo V. Rodriguez
United States Bankruptcy Judge